**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

```
MARCIA MUHAMMAD, STEPHANIE CARTER, and  )
TAJUANA MEADOWS, individually,          )
                    Plaintiffs,         )
                                        )
vs.                                     )   Case No. CIV-13-281-F
                                        )
INDEPENDENT SCHOOL DISTRICT NO. 89 OF   )   May 13, 2014 Trial Docket
OKLAHOMA COUNTY (commonly referred to   )
as Oklahoma City Public Schools), and   )
OKLAHOMA CITY PUBLIC SCHOOLS BOARD OF   )
EDUCATION,                              )
                    Defendants.         )
```

# AMENDED SCHEDULING ORDER

Before the court is the parties' Joint Motion for Extension of Remaining Deadlines, filed on October 10, 2013 (doc. no. 21). The motion is **GRANTED**. The remaining deadlines in this case are extended as follows:

**THE FOLLOWING AMENDED DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed by   N/A  .

2. Motions to amend pleadings to be filed by   N/A  .

3. Plaintiff to **file a final** list of **expert witness(es) in chief and submit expert reports to defendant** by   N/A  .**\*** Defendant to **file a final** list of **expert witness(es) in chief and submit expert reports to plaintiff** by   N/A  .**\***

4. Plaintiff to **file a final** list of **witnesses**, together with addresses and brief summary of expected testimony where a witness has not already been deposed, by 01-10-14.**\*** Defendant to **file a final** list of **witnesses** (as described above) 14 days thereafter.**\***

5. Plaintiff to **file a final exhibit** list by 01-10-14.**\*** Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days thereafter.

    Defendant to **file a final exhibit** list 14 days after filing of plaintiff's list.**\*** Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days after filing of defendant's list.

    **\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. All dispositive **and** *Daubert* motions to be filed by 02-01-14.

7. Discovery to be completed by **04-15-14**.

    **The deadline for dispositive and *Daubert* motions precedes the discovery deadline. The parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.**

8.  Trial docket <u>May 13, 2014</u>.**

    **Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

    **The interval between the dispositive motion deadline (para. 6) and the trial docket (para. 8) is inflexible. An extension of time to file or respond to a motion for summary judgment, if granted, will likely affect the trial setting.**

9.  Designations of deposition testimony to be used at trial: See chambers rules, Part I.

10. Motions in limine (other than *Daubert* motions, which are due when required by par. 6, above) to be filed by <u>04-22-14</u>.

11. Requested voir dire to be filed by <u>04-22-14</u>.

12. Trial briefs to be filed by <u>04-22-14</u>.

13. Requested jury instructions to be filed on or before <u>04-22-14</u>.***

14. Proposed findings and conclusions of law to be filed no later than _____.***

    ***In addition to filing, the parties shall submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the Clerk via the Court's designated mail box: friot-orders@okwd.uscourts.gov.**

15. Any objection or responses to the trial submissions referenced in paragraphs 10, 11, 12, 13 or 14 to be filed **fourteen (14) days** thereafter. **Absent leave of court, no reply briefs are expected or permitted with respect to motions in limine that are filed less than 30 days before the first day of the trial docket.**

16. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see <u>Appendix IV</u>), to be filed no later than <u>04-22-14</u>. **A proposed order approving the report shall be submitted to the Clerk via the Court's designated mail box: friot-orders@okwd.uscourts.gov.**

17. This case is referred to ADR:

    _____ Mediation by agreement of the parties, exempt from LCvR 16.3.
    _____ by Order of the Court:

    _____ Court-Ordered Mediation subject to LCvR 16.3
    _____ Judicial Settlement Conference
    _____ Other _____

    If the Court orders mediation, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than _____.

    (ADR forms are available on the court's website, www.okwd.uscourts.gov.)

18.  Except as may be otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, within ten calendar days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference.  The motion shall provide reasons justifying the commitment of court resources to the settlement process, and shall describe the reasons for which efforts to settle the case by other means have been unsuccessful.

19.  _____  The parties consent to trial by a Magistrate Judge.

20.  Initial disclosures pursuant to Fed.R.Civ.P. 26 have been made _____; are excused _____; or shall be made no later than _____.

21.A. Judge Friot answered any questions counsel had with respect to his chambers procedures, found at http://www.okwd.uscourts.gov/files/jfriotrules.pdf.

  B. Other: _____
     _____
     _____.

     DATED this 15th day of October, 2013.

                                        BY ORDER OF THE COURT
                                        ROBERT D. DENNIS, CLERK


                                        By:      s/ Lori Gray
                                                 Deputy Clerk

13-0281p004.wpd